In the Matter of Establishing Contract Binding upon the Estate of MARY O'CONNOR, Also Known as MARY ANNE O'CONNOR, Also Known as MARY L. O'CONNOR, Deceased. JULIA L. FRIEHOFER, Respondent; PROVINCE OF ST. JOSEPH OF THE CAPUCHIN ORDER and Another, Appellants.— Motion to dismiss appeals denied, it appearing that an undertaking has been filed pursuant to the provisions of section 298 of the Surrogate's Court Act. Section 299 of that act is not appli-

cable for the reason that it appears that the decree directs an accounting only and does not direct the payment of any specified sum of money. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.